**Order entered July 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00651-CV

### ANDREW WHITE, CHELSEA BALESTRA, WESLEY MURRAY, DAVID GAWLAS, AND BENJAMIN LORD, Appellants

### V.

### NHI-REIT OF AXEL, LLC, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER

Before the Court is appellant Benjamin Lord's July 30, 2019 unopposed motion for voluntary dismissal of his appeal. We **GRANT** the motion and **DISMISS** Lord's appeal. The appeals of Andrew White, Chelsea Balestra, Wesley Murray, and David Gawlas remain pending.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE